

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00293-CV

| | | |
|---|---|---|
| DUNN LAW GROUP, P.C., Appellant | § | On Appeal from County Court at Law No. 1 |
| | § | |
| V. | | of Tarrant County (2015-001211-1) |
| | § | |
| | | January 17, 2019 |
| | § | |
| M. MONIQUE WALTERS, Appellee | | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the county court had no jurisdiction to render the order declaring Walters to be the prevailing party in Dunn Law Group's claim against her. It is ordered that the county court's order declaring Walters to be the prevailing party is vacated.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Mark T. Pittman
      Justice Mark T. Pittman